UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| United States of America | Case No. 25 CR 694 |
| vs. | |
| Nathan Griffin | Magistrate Judge Keri L. Holleb Hotaling |

## **ORDER**

Initial appearance proceedings held on 10/24/2025. Defendant appears in response to arrest on 10/24/2025. The Court finds that defendant is unable to afford counsel. Attorney, Akane Tsuruta of the Federal Defender Program is appointed as counsel for defendant. Defendant informed of his rights. Defendant informed of the charges against him as well as of the possible sentence/fine if convicted of those charges. Pursuant to Federal Rule of Criminal Procedure Rule 5(f)(1), the Court confirms the prosecutor's continuing obligation under Brady vs. Maryland, 373 U.S. 83 (1963) and its progeny, to disclose information favorable to the Defendant that is material to guilt or punishment. Failure to disclose may result in various consequences, including but not limited to exclusion of evidence, adverse jury instructions, a mistrial, dismissal of charges, vacatur of a conviction or guilty plea, disciplinary action against the prosecution, and contempt proceedings. In person preliminary examination hearing is set for 10/28/2025 at 1:00 p.m. in courtroom 1700 before Magistrate Judge Holleb Hotaling. Defendant, Nathan Griffin is directed to personally appear for the preliminary examination hearing on 10/28/2025. The Government and defendant agree to certain conditions of release. Enter Order Setting Conditions of Release. Defendant, Nathan Griffin shall be released after processing.

00:20

Date: 10/24/2025

_____
Keri L. Holleb Hotaling
United States Magistrate Judge