UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 25 CR 694 |
| | ) | |
| NATHAN GRIFFIN | ) | JUDGE: |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

    Respectfully submitted,

    ANDREW S. BOUTROS
    United States Attorney

    By:  */s/Jeffrey S. Snell*
        JEFFREY S. SNELL
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 469-6308

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the

**ATTORNEY DESIGNATION**

was served on October 28, 2025, in accordance with Fed. R. Crim.P.49, Fed R. Civ.P.5,LR5.5, and the General Order on Electronic Case filing (ECF), pursuant to the district court's system as to ECF filers.

        By:  */s/Jeffrey S. Snell*
            JEFFREY S. SNELL
            Assistant United States Attorney
            219 South Dearborn Street
            Chicago, Illinois 60604
            (312) 469-6308