# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

UNITED STATES OF AMERICA
                    Plaintiff,

v.                                            Case No.: 1:25−cr−00694
                                            Honorable Keri L. Holleb Hotaling

Nathan Griffin
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 5, 2025:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling:Preliminary examination held on 11/5/2025. The Court heard witness testimony and arguments from both the Government and defendant. For the reasons stated on the record, the Court finds that there is probable cause and defendant is ordered to answer to the District Court for all further proceedings. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.