UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 25 CR 694 |
| v. | |
| NATHAN GRIFFIN | Honorable Keri L. Holleb Hotaling |

## MOTION TO DISMISS COMPLAINT

The UNITED STATES OF AMERICA, by its attorney, ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, hereby moves the Court, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss the complaint in this case against NATHAN GRIFFIN without prejudice.

Dated: December 3, 2025

Respectfully submitted,

ANDREW S. BOUTROS.
United States Attorney

By: /s/ *Jeffrey S. Snell*
JEFFREY S. SNELL
Assistant United States Attorney
United States Attorney's Office
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5300

1