UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| USA<br><br>vs.<br><br>Nathan Griffin | No: 25 CR 694<br><br>Magistrate Judge Keri L. Holleb Hotaling |

## ORDER

Motion hearing held on 12/10/2025 regarding the Government's motion to dismiss complaint without prejudice [18]. The Court inquired into the basis of the motion so that the reasons supporting the dismissal were clear. *United States v. Palomares*, 119 F. 3d 556, 558 (7th Cir. 1997). The Government explained that the motion to dismiss the complaint was prompted after a federal grand jury returned a "no bill" and refused to indict Mr. Griffin within the time allowed by the Court [Dkt. 17]. Defense counsel sought to have the dismissal of the complaint be with prejudice pursuant to *United States v. Briggs*, Case No. 25CR610, 2025 WL 3240894 (N.D. Ill. Nov. 20, 2025). The Government objected. For the reasons stated on the record, the Government's motion to dismiss the complaint against defendant, Nathan Griffin (1) without prejudice [18] is granted.

(:25)

Date: 12/10/2025

_____
Keri L. Holleb Hotaling
United States Magistrate Judge